**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KENNETH W. LITTWIN, JR., | ) | Case No.  22-14953 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## NOTICE OF HEARING

To:  See Attached Service List

YOU ARE HEREBY NOTIFIED that on March 16, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, **or** electronically as described below, and then and there present the Trustee's ***OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION OF PROPERTY HELD IN TENANCY BY THE ENTIRETY***, a copy of which is attached hereto and herewith served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and passcode**. The meeting ID for this hearing is **160 9362 1728** - there is no passcode. The meeting ID and further information can also be found on the Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:    */s/ David R. Herzog*
One of his attorneys

DAVID R. HERZOG
Trustee in Bankruptcy
53 W. Jackson Blvd., Suite 1442
Chicago, Illinois  60604
(312) 977-1600

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list via the ECF system or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 53 W. Jackson Blvd., Chicago, Illinois 60604, on this 2nd day of March 2023.

      */s/ David R. Herzog*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-14953<br>Northern District of Illinois<br>Eastern Division<br>Thu Mar  2 14:58:27 CST 2023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Admin. Dist. Council 1 Int'l Union<br>Bricklayers & Allied Craftworkers<br>660 Industrial Drive<br>Elmhurst, IL 60126-1520 |
| Administrative District Council 1<br>Pension Fund<br>660 N. Industrial Dr.<br>Elmhurst, IL 60126-1520 | Administrative District Council 1 of Illinoi<br>Benefit Funds.<br>8 South Michigan Ave, 19th Floor<br>Chicago, IL 60603-3357 | Allen Ives Construction Co.<br>1949 Saint Johns Ave., Suite 200<br>Highland Park, IL 60035-3105 |
| Anderson Law Offices PC<br>400 Lake Cook Road, Suite 221-A<br>Deerfield, IL 60015-4930 | Asher, Gittler & D'Alba, Ltd.<br>200 W. Jackson Blvd., Suite 720<br>Chicago, IL 60606-6941 | Associated Bank<br>1305 Main St.<br>Stevens Point, WI 54481-2898 |
| Associated Bank<br>PO Box 8872<br>Carol Stream, IL 60197-8872 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Cook County Treasurer<br>118 N. Clark Street<br>Suite 112<br>Chicago, IL 60602-1590 |
| Dinsmore & Shohl, LLP<br>227 W. Monroe St., Suite 3850<br>Chicago, IL 60606-5085 | Discover<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 | Dowd, Bloch, Bennett, Cervone<br>8 S. Michigan Ave.<br>19th Fl.<br>Chicago, IL 60603-3315 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Kenneth W. Littwin, Sr.<br>690 Timber Ridge Dr.<br>Bartlett, IL 60103-6607 | King & Jones<br>70 W. Madison St., Suite 3970<br>Chicago, IL 60602-4242 |
| LCS Construction Co.<br>3804 New Wilke Road<br>Rolling Meadows, IL 60008 | Law Offices of Stanley E. Niew, PC<br>1000 Jorie Blvd., Suite 206<br>Oak Brook, IL 60523-4482 | Local Contracting Svcs Const. Co.<br>690 Timber Ridge Dr.<br>Bartlett, IL 60103-6607 |
| Schaumburg Bank & Trust<br>PO Box 70<br>Bloomingdale, IL 60108-0070 | State Farm Insurance Companies<br>One State Farm Plaza<br>Bloomington, IL 61710-0001 | David R Herzog<br>David Herzog, Chapter 7 Trustee<br>Law Offices of David R Herzog<br>53 W Jackson Blvd<br>Ste 1442<br>Chicago, IL 60604-3536 |
| Justin R. Storer<br>Law Office of William J. Factor, Ltd.<br>105 W. Madison St.<br>Suite 1500<br>Chicago, IL 60602-4602 | Kenneth W. Littwin Jr.<br>3804 Wilke Rd.<br>Rolling Meadows, IL 60008-2969 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KENNETH W. LITTWIN, JR., | ) | Case No. 22-14953 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION OF PROPERTY
HELD IN TENANCY BY THE ENTIRETY**

NOW COMES, David R Herzog, the duly authorized and appointed Chapter 7 Trustee in Bankruptcy and pursuant to Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, Objects to the Debtor's claim of exemption of $140,916.71 with respect to the real estate commonly known as 3804 Wilke Rd., Rolling Meadows, Illinois. In support of this Objection, the Trustee states as follows:

1. The Debtor filed his voluntary petition under Chapter 7 of the Bankruptcy Code on December 29, 2022.

2. Thereafter, David R Herzog, became the duly appointed and acting Chapter 7 Trustee in the case.

3. Debtor's Schedule A lists his ownership interest in real estate located at 3804 Wilke Rd., Rolling Meadows, Illinois (the "Property") with an estimated value of $800,000.

4. In Schedule C, a copy of which is attached to this Objection, the Debtor claims an exemption with respect to the Property in the amount of $140,916.71 bottomed upon 735 ILCS 5/12-112, that the Property is held with his non-filing spouse in tenancy by the entirety.

5. Putting aside whether 735 ILCS 5/12-112 is an appropriate exemption claim, the Trustee Objections to the claim of exemption because he intends to file an avoidance action that it

-1-

was the Debtor's sole intent to avoid payment of debts existing at the time of transfer beyond the Debtor's ability to pay those debts as they became due. See, *Premier Prop. Mgmt v. Chavez*, 191 Ill. 2d 101, 114, 245 Ill. Dec. 394, 728 N.E.2d 476 (2000) and *In re Paulson*, 640 B.R.147, 154 (Bankr.N.D.Ill. 2022).

6. Debtor acquired the Property on January 15, 2014 and title was held solely in his name. On December 19, 2018, the Debtor executed a quit claim deed transferring the Property to himself and his non-filing spouse as tenants by the entirely.

7. Prior to the conveyance of the Property into tenancy by the entirety, on June 21, 2017, an Arbitration Award in the amount of $153,075.85 was entered against the Debtor and in favor of the International Union of Bricklayers, Administrative District Council of Illinois (the "Union")> The award was served on the Debtor on January 17, 2018.

8. Subsequently, the Debtor was notified that another Arbitration hearing for violations of the collective bargaining agreement was scheduled for December 4, 2018. That hearing was continued until December 21, 2018 and ultimately an Award of $399,227.27 was entered against the Debtor.

9. The Trustee, on information and belief, believes that the conveyance of the Property to himself and his non-filing spouse, was done for the sole purpose of avoiding payment to the Union and, as previously indicated, the Trustee intends to file an avoidance action pursuant to Section 544(b) of the Bankruptcy Code.

WHEREFORE, the Trustee prays that the Debtor's claim of exemption pursuant to 735 ILCS 5/12-112 should be denied and for such other and further relief that is just and appropriate.

David R Herzog, Chapter 7 Trustee

                                                *David R Herzog*

David R Herzog
Chapter 7 Trustee
Law Office of David R Herzog
53 W. Jackson Blvd., Suite 1442
Chicago, Illinois 60604
(312) 977-1600
drh@dherzoglaw.com