UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:　22-13248 |
| AERIS, INC | ) | |
| | ) | Chapter:　7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISALLOWING CLAIM 1 OF FRANCISCO DELGADO

THIS CAUSE coming on to be heard on the Chapter 7 Trustee's Objection to Claim 1 of Francisco Delgado,

IT IS HEREBY ORDERED that Francisco Delgado's Claim No. 1 in the amount of $35,000.00 is disallowed in its entirety.

Enter:　*Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:　August 02, 2023

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID # 6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558